| | |
|---|---|
| Kade N. Olsen (17775)<br>Tammy M. Frisby (17992)<br>**PARR BROWN GEE & LOVELESS**<br>101 South 200 East, Suite 700<br>Salt Lake City, Utah 84111<br>Telephone: (801) 532-7840<br>kolsen@parrbrown.com<br>tfrisby@parrbrown.com | J. Stephen Simms*<br>Gary C. Murphy*<br>**SIMMS SHOWERS LLP**<br>201 International Circle, Suite 230<br>Baltimore, Maryland 21030<br>Telephone: 410-783-5795<br>jssimms@simmsshowers.com |

*pro hac vice forthcoming*

Attorneys for Lauritzen Bulkers A/S

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LAURITZEN BULKERS A/S,<br><br>　　Plaintiff,<br><br>v.<br><br>TWIN PINES MINERALS, LLC,<br><br>　　Defendant. | **MOTION FOR PRO HAC VICE ADMISSION**<br><br>Civil Action No.: 2:25-cv-00442-RJS<br><br>IN ADMIRALTY, Rule 9(h) Assigned<br><br>Judge: Robert J. Shelby |

　　I move for the *pro hac vice* admission of Gary C. Murphy (Applicant) as counsel for Plaintiff Lauritzen Bulkers A/S, and I consent to serve as local counsel. I am an active member of this Court's bar.

　　The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED: June 4, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kade N. Olsen
　　　　　　　　　　　　　　　　　　　　　　　　Kade N. Olsen